UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-60010-CR-SMITH

**UNITED STATES OF AMERICA**,

        Plaintiff,

vs.

**NADEGE AUGUSTE,**

        Defendant,

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 106)**

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Alicia O. Valle ("Report," ECF No. 106), issued on September 11, 2023 recommending that the Defendant's Motion to Dismiss Indictment, ECF No. [58] be denied. The Defendant filed an Appeal, which this Court construes as Objections to the Report on September 15, 2023, ECF No. [110], and the Government filed a Response to Objections on September 18, 2023, ECF No. [130]. Having reviewed, *de novo*, the Report of the Magistrate Judge, the aforementioned filings by the parties, and the record, it is hereby

**ORDERED AND ADJUDGED** that:

    1.    The Report of the Magistrate Judge (ECF No. 106) issued on September 11, 2023.    is **AFFIRMED and ADOPTED**.

    2.    Defendant's Motion to Dismiss Indictment, ECF No. [58] is Denied.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 21st day of September, 2023.

_____
RODNEY SMITH
United States District Judge